April 23, 2015

Travon LaShae' Ginn
TDCJ - CID # 1919588
Bill Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 28 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

MAY 01 2015

Abel Acosta, Clerk

PD-0498-15

Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RE: Cause No 66,042-E The STATE of Texas
vs Travon LaShae' Ginn
108TH District Court, Potter County, Texas

APPellate Case No. 07-14-00118-CR
In the Court of Appeals for the 7th Supreme Judicial
District of Texas

Motion for Extention of time to file Petition for Discretionary Review

Dear Clerk,

Enclosed you will find the original copy of Petitioners Motion for Extention of time to file Petition for Discretionary Review. Please file and bring to the attention of the court at your earliest convenience. Please file stamp a copy of this cover letter and return it to the petitioner, at the address above.

Any and all assistance given this matter will be greatly appreciated

Respectfully Submitted

Travon LaShae' Ginn
Petitioner, Pro Se
TDCJ - CID # 1919588